

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2014

No. 04-14-00819-CR

**IN RE** Christopher S. **ORTIZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

On November 25, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and determined that we do not have jurisdiction to consider the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on December 2nd, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009CR11043, styled *The State of Texas v. Christopher S. Ortiz*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen Jr. presiding.